No. 95–1016. QUICK *v.* NATIONAL AUTO CREDIT, INC., FKA AGENCY RENT-A-CAR, INC. C. A. 8th Cir. Motion of Kendrick

Wilhite for leave to file a brief as *amicus curiae* granted. Certiorari denied.